United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHINGIZ MAMMADOV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-351 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Chingiz Mammadov seeks dismissal of this case without prejudice to refiling. (Motion, Doc. 7)  The Court finds that good cause supports the requested relief.  Accordingly, it is:

**ORDERED** that Petitioner Chingiz Mammadov's Motion to Voluntarily Dismiss Habeas Petition (Doc. 7) is **GRANTED**; and

**ORDERED** that Petitioner Chingiz Mammadov's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

Signed on May 7, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge

1 / 1